NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5094

LAWRENCE V. WILDER, SR.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-093, Judge Lawrence M. Baskir.

ON MOTION

ORDER

Lawrence V. Wilder, Sr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 25 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lawrence V. Wilder, Sr.
Carrie A. Dunsmore, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2010

JAN HORBALY
CLERK